IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 6:22-613 |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(2) |
| vs. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **WILLIE STEVEN ADAMS, IV** | ) | **SEALED INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That on about June 3, 2021, in the District of South Carolina, the defendant, **WILLIE STEVEN ADAMS, IV**, in connection with his acquisition of a firearm, to wit, a Smith & Wesson, model M&P 15, 5.56mm rifle, from T&K Outdoors Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive T&K Outdoors Inc. as to a fact material to the lawfulness of the sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual transferee/buyer of the firearm when he was not;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on about June 3, 2021, in the District of South Carolina, the defendant, **WILLIE STEVEN ADAMS, IV**, in connection with his acquisition of a firearm, to wit, a Del-Ton Inc., model DTI-15, 5.56mm rifle, from Grady's Great Outdoors, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive Grady's Great Outdoors as to a fact material to the lawfulness of the sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual transferee/buyer of the firearm when he was not;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## **FORFEITURE**

FIREARM OFFENSES:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(a)(6) as charged in this Indictment, the Defendant, **WILLIE STEVEN ADAMS, IV**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a)  any firearms and ammunition (as defined in 18 U.S.C. § 921) –

   (1) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

Firearms:

(a)  Smith & Wesson, model M&P 15, 5.56mm rifle
     (Serial Number: TT03737)

(b)  Del-Ton Inc., model DTI-15, 5.56mm rifle
     (Serial Number: DTI-S240459)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A <u>True</u> BILL



FOREPERSON

COREY F. ELLIS
UNITED STATES ATTORNEY

By: _____
Justin W. Holloway (Fed. ID # 11684)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:    864-268-2100
Fax:    864-233-3158
Email: Justin.Holloway@usdoj.gov

4